IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH—CENTRAL DIVISION

| | |
|---|---|
| CANNALOOP SERVICES, LLC; and DAN LUTZ,<br>　　Plaintiffs/Counter-Defendants,<br>v.<br><br>JERRY HAYWARD, EDWARD HAYWARD, CIPHERTOOTH, INC., and CONVERTABASE, INC., and DOES 1 to 100, inclusive,<br>　　Defendants/Counterclaimants. | **STIPULATION OF DISMISSAL**<br><br>Case No. 2:14-cv-00059<br><br>District Judge: Clark Waddoups<br><br>Magistrate Judge: Dustin B. Pead |

　　Plaintiffs Cannaloop Services, LLC and Dan Lutz (collectively, "Plaintiffs") and Defendants Jerry Hayward, Edward Hayward, CipherTooth, Inc., and Convertabase, Inc. (collectively, "Defendants"), in accordance with Federal Rule of Civil Procedure 41(a), hereby stipulate that all claims, counterclaims, and causes of action asserted between the Plaintiffs and Defendants in the above-captioned case be, and hereby are, dismissed without prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

By: _____
Michael Bennett
590 S. State St.
Orem, UT 84058
*Attorney for Plaintiffs Cannaloop Service, LLC and Dan Lutz*

Date: 2/27/15

By: _____
Nien-Ping Wang
Kunzler Law Group, P.C.
50 W. Broadway, 10th Floor
Salt Lake City, UT 84101
*Attorney for Defendants Jerry Hayward, Edward Hayward, CipherTooth, Inc., and Convertabase, Inc.*

Date: 2/26/15